STEPHEN MENSEL
Attorney at Law, Cal. Bar No. 55926
2235 San Joaquin St.
Fresno, CA 93721.1126
Telephone: 559.266-0492

Counsel for Defendant
CURTIS HENDRIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CURTIS HENDRIX,<br><br>Defendant. | Case No.  1:08cr232<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING |

It is hereby stipulated that the date for sentencing be continued from **August 27, 2010**, to **September 17, 2010, 8:30 a.m**.

Counsel for Defendant requests this additional time in which to adequately investigate, research, and prepare responses to the Presentence Report and confer with and advise the defendant regarding the same.

The parties agree this is sufficient and proper cause to allow the continuance and that the delay resulting from the continuance shall if necessary be excluded in the interests of justice, including the need for time for effective assistance of counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).


DATED: August 16, 2010          /s/Stephen Mensel
                                STEPHEN MENSEL
                                Attorney for Defendant

DATED: August 16, 2010          BENJAMIN B. WAGNER, United States Attorney

                                /s/ Kimberly A. Sanchez
                                By KIMBERLY A. SANCHEZ
                                Assistant United States Attorney

**ORDER**

It is so ordered.

DATED:  August 16, 2010        /s/ Lawrence J. O'Neill
                               LAWRENCE J. O'NEILL
                               United States District Judge