```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, CA   93721
    Telephone: (559) 497-4000
 5
 6
 7
 8                UNITED STATES DISTRICT COURT
 9                EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA   ) Case No. 1:08-cr-00232 LJO
                               )
12           Plaintiff,        ) STIPULATION AND
                               ) ORDER FOR CONTINUANCE
13        v.                   )
                               )
14  CURTIS HENDRIX,            )
                               )
15           Defendant.        )
    _____)
16
17       IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,
18  United States Attorney and Kimberly A. Sanchez, Assistant U.S.
19  Attorney and Jon Renge, attorney for defendant, to move the
20  sentencing currently set for March 11, 2011 at 8:30 a.m. to be
21  continued to March 18, 2011 at 8:30 a.m.
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

At the time the date was scheduled, undersigned counsel forgot a pre-planned family vacation that conflicted with the set time.  Mr. Renge agreed to support the government's request for a new date, and indicated he was available on March 18, 2011.  Thus, the parties request the Court to move the sentencing to March 18, 2011 at 8:30 a.m.

Dated: January 3, 2011                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney


                                     By   /s/ Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
                                          Assistant U.S. Attorney

Dated: January 3, 2011                    /s/ Jon Renge
                                          JON RENGE
                                          Attorney for Curtis Hendrix

IT IS SO ORDERED.

**Dated:   January 4, 2011**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE