BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:08-CR-00232 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER FOR EXTENSION OF TIME |
| v. | ) | FOR GOVERNMENT TO FILE RESPONSE |
| | ) | TO DEFENDANT'S MOTION TO |
| CURTIS HENDRIX, | ) | SUPPRESS |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,

United States Attorney and Kimberly A. Sanchez, Assistant U.S.

Attorney and Jon Renge, attorney for defendant, that the motion

schedule be revised as follows:

　　　　1.　　Defense motions – already filed, no change requested;

　　　　2.　　Government's response by October 19, 2011;

　　　　3.　　Motion hearing October 21, 2011;

　　　　4.　　Trial date of November 7, 2011 at 8:30 am remains the same.

　　　　The defense previously obtained an unopposed extension of time

to file his motions.  The government is requesting this extension and

continuance as the government now needs additional time to research

1

1   the facts and law to support its position in opposition to the

2   defendant's motion to suppress.  Counsel for the defendant has no

3   objection to the request.

4      No exclusion of time is necessary under the Speedy Trial Act as

5   the trial date remains the same.

6

7   Dated: October 7, 2011        Respectfully submitted,

8                               BENJAMIN B. WAGNER
                              United States Attorney

9

10                     By    /s/ Kimberly A. Sanchez
                              KIMBERLY A. SANCHEZ

11                               Assistant U.S. Attorney

12   Dated: October 7, 2011        /s/ Jon Renge
                              JON RENGE

13                               Attorney for Defendant

14

15   IT IS SO ORDERED.

  **Dated:   October 7, 2011**           **/s/ Lawrence J. O'Neill**

16                        UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28