JON K. RENGE, Bar #188529
2100 Tulare Street, Suite 406
Fresno, California  93721
Telephone: (559) 444-0300

Attorney for Defendant
Curtis Cleo Hendrix

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-CR-00232-LJO |
| | ) | |
| *Plaintiff,* | ) | STIPULATION FOR MOTIONS |
| | ) | SCHEDULE; ORDER |
| v. | ) | |
| | ) | |
| CURTIS CLEO HENDRIX, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| ———————————————— | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel, Kimberly A. Sanchez, Assistant United States Attorney, counsel for Plaintiff, and Jon K. Renge,

counsel for Defendant, Curtis Hendrix, request that the following motion's schedule be as follows:

   1.  Defense motions filed by February 13, 2012;

   2.  Government's response by February 27, 2012;

   3.  Motions hearing on March 5, 2012; and

   4   The trial date of March 12, 2012 at 8:30 a.m. remains the same.

   Ms. Sanchez does not have an objection to this motions schedule.  No exclusion of time is

necessary under the Speedy Trial Act since the trial date remains the same.

DATED: February 8, 2012                                    BENJAMIN B. WAGNER
                                                           United States Attorney

                                                    By:  /s/ KIMBERLY A. SANCHEZ
                                                           Assistant United States Attorney

1

2

3

DATED: February 8, 2012                          By:  /s/ JON K. RENGE
4                                                      Attorney for Defendant
                                                       Curtis Cleo Hendrix
5

6

7

8

9                                       **O R D E R**

10

11

IT IS SO ORDERED.
12

**Dated:    February 8, 2012**            /s/ **Lawrence J. O'Neill**
13                                        UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue;
[Proposed] Order                          −2−