Jerald Lee Brainin
Law Offices - SBN #53207
P.O. Box 66365
Los Angeles, CA 90066
Telephone: 310-397-3910
Facsimile: 310-737-1702

Attorney for Defendant/Appellant
Curtis Hendrix

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff-Appellee.<br><br>  v.<br><br>CURITS HENDRIX,<br><br>  Defendant-Appellant. | Case No. 08-cr-00232 – LJO<br><br>ORDER<br><br>RE: MOTION TO UNSEAL TRANSCRIPT  FOR USE ON APPEAL; DECLARATION OF JERALD BRAININ |

Upon the petition of appointed appellate counsel, Jerald Brainin,

IT IS HEREBY ORDERED that the following transcript, or part thereof, be unsealed and a .pdf copy be emailed to appointed counsel for appellate purposes only:

1. Proceeding held on September 17, 2010, Docket # 284.

Presented by:

*s/Jerald Brainin*
JERALD BRAININ
Attorney for defendant/appellant
Curtis Hendrix


IT IS SO ORDERED.

  Dated:   **August 23, 2012**          /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

1