HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, #141313
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CURTIS HENDRIX,<br><br>  Defendant. | Case No.  1:08-cr-0232-1 LJO<br><br>APPOINTMENT ORDER |

Pursuant to General Order No. 563 and the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A(a)(1) and (c), the Office of the Federal Defender is appointed to represent this defendant, Defendant CURTIS HENDRIX, to determine whether he may qualify for relief under either 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of the Supreme Court's decision in *Johnson v. United States*, 135 S.Ct. 2551 (2015), and to present any petitions, motions, or applications relating thereto for disposition.  Due to a conflict, the Federal Defender respectfully requests that the Office of the Federal Defender be relieved from assuming appointment in the above captioned case and that attorney Sandra Gillies, P.O. Box 1515, Woodland, California 95776, be

/ / /

appointed counsel for Mr. Hendrix for *Johnson* matters, further proceedings in district court, and any resulting appeal.

Dated:  April 12, 2016                              Respectfully submitted,

                                                 HEATHER E. WILLIAMS
                                                 Federal Defender

                                               */s/ Ann C. M<sup>c</sup>Clintock*
                                               ANN C. M<sup>c</sup>CLINTOCK
                                               Assistant Federal Defender

    I accept the appointment and ask the order to be granted.

DATED:  April 12, 2016

                                               */s/ Sandra Gillies*
                                               SANDRA GILLIES
                                               Attorney at Law

**O R D E R**

IT IS SO ORDERED.

    Dated:   **April 13, 2016**                              **/s/ Lawrence J. O'Neill**
                                                             UNITED STATES DISTRICT JUDGE