# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CURTIS HENDRIX,<br><br>  Defendant. | CASE NO. 1:08-CR-00232-(1)-LJO<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF NO. 448) |

On June 22, 2016, appointed counsel filed a motion to vacate, set aside, or correct Petitioner Curtis Hendrix's sentence (ECF No. 448), pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). Accordingly,

**IT IS HEREBY ORDERED** that from the date of Petitioner's filing, the government shall file a response to Petitioner's Section 2255 Motion within **60 days** (*on or before August 22, 2016*). From the date of the Government's filing, the FDO shall have **60 days** to file a reply.

IT IS SO ORDERED.

Dated: __**July 5, 2016**__            _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES CHIEF DISTRICT JUDGE