PHILLIP A. TALBERT
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>CURTIS HENDRIZ,<br><br>                    Defendant. | CASE NO.  1:08-CR-00232 LJO<br><br>STIPULATION TO EXTEND GOVERNMENT'S TIME TO FILE A RESPONSE |

    IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Sandra Gillies, attorney for the Defendant, that the government's response deadline to Defendant's Motion to Vacate, Set Aside, or Correct the Defendant's Sentence be extended for three weeks resulting in the response now due on or before August 22, 2016 being extended to a due date of on or before September 12, 2016.  The government has received multiple similar motions and several are due on August 22, 2016.[1]  The reason for the request is that the government needs additional time to prepare responses to the motion because of other professional responsibilities that have been consuming a significant amount of time, including review, processing and redaction of discovery in *United States v. York*, 1:16-CR-00069 LJO involving approximately 75,000 pages of documentary discovery

---

[1] The government will be filing requests to extend time to file in the other cases with responses due on August 22, 2016 as well.

Stipulation                                                                 1

in addition to other formats of discovery.  Additionally, due to personal obligations, undersigned counsel has had a reduced amount of time to spend on evenings and weekends to address any unfinished work, but anticipates with the start of the school year, additional time will free up.

Dated: August 17, 2016                    Respectfully submitted,

                                              PHILLIP A. TALBERT
                                              Acting United States Attorney

                                     By       /s/ Kimberly A. Sanchez
                                              KIMBERLY A. SANCHEZ
                                              Assistant U.S. Attorney

Dated: August 17, 2016                    /s/ Sandra Gillies
                                              SANDRA GILLIES
                                              Attorney for Defendant

IT IS SO ORDERED.

Dated:   **August 19, 2016**            /s/ Lawrence J. O'Neill
                                            UNITED STATES CHIEF DISTRICT JUDGE

Stipulation                                 2