1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                     IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:08 CR 00232 LJO |
   |---|---|
12 | Plaintiff, | STIPULATION TO VACATE OR STAY ORDER SETTING BRIEFING SCHEDULE PENDING THE NINTH CIRCUIT'S DECISION ON THE DEFENDANT'S PETITION FOR PERMISSION TO FILE A SECOND OR SUCCESSIVE MOTION TO VACATE |
13 | v. | |
14 | CURTIS HENDRIX, | |
15 | Defendant. | |

16

17    IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney

18 and Kimberly A. Sanchez, Assistant U.S. Attorney and Sandra Gillies, attorney for the defendant, that an

19 order setting a briefing schedule on Defendant's Protective Motion to Vacate, etc. be either vacated or stayed

20 pending the Ninth Circuit's decision on the Defendant's Application for Leave to File a Second or

21 Successive Petition, 16-71798.  The reason for the request is because any response to the defendant's Motion

22 to Vacate is premature unless and until the Ninth Circuit grants the Defendant permission to file a second or

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

   Stipulation                                1

1  successive petition to vacate, etc.

2  Dated: September 9, 2016                                  Respectfully submitted,

3                                                            PHILLIP A. TALBERT
                                                             Acting United States Attorney
4

5                                                   By   /s/ Kimberly A. Sanchez
                                                         KIMBERLY A. SANCHEZ
6                                                        Assistant U.S. Attorney

7  Dated: September 9, 2016                              /s/ Sandra Gillies
                                                         SANDRA GILLIES
8                                                        Attorney for Defendant

9

10 IT IS SO ORDERED.

11    Dated:   **September 20, 2016**          _____/s/ Lawrence J. O'Neill_____
12                                             UNITED STATES CHIEF DISTRICT JUDGE

Stipulation                                  2