# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff-Respondent,<br><br>   v.<br><br>CURTIS HENDRIX,<br><br>               Defendant-Petitioner. | CASE NO. 1:08-CR-00232-(1)-LJO<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF NO. 448) |

On June 22, 2016, appointed counsel filed a motion to vacate, set aside, or correct Petitioner Curtis Hendrix's sentence (ECF No. 448), pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). On September 20, 2016, the case was stayed pending the Ninth Circuit's decision on Petitioner's application for permission to file a second or successive motion under § 2255. On January 25, 2017, the Ninth Circuit granted Petitioner's application to file a second or successive motion. Accordingly,

**IT IS HEREBY ORDERED** that the Government shall file a response to Petitioner's Section 2255 Motion within **30 days** (*on or before February 27, 2017*). From the date of the Government's filing, Petitioner shall have **30 days** to file a reply.

IT IS SO ORDERED.

    Dated:   **January 26, 2017**              /s/ Lawrence J. O'Neill
                                                              UNITED STATES CHIEF DISTRICT JUDGE