# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent,<br><br>v.<br><br>CURTIS HENDRIX,<br><br>Defendant-Petitioner. | CASE NO. 1:08-CR-000232-LJO-3<br><br>ORDER REFERRING CASE TO FEDERAL DEFENDER'S OFFICE<br><br>ECF No. 457 |

On May 25, 2017, Defendant-Petitioner Curtis Hendrix ("Defendant") filed a *pro se* motion to reduce his sentence pursuant to Title 18, United States Code, Section 3582(c)(2) ("§ 3582") and Amendment 782. ECF No. 457. Pursuant to Eastern District of California General Order 546, the Court now appoints the Federal Defender's Office ("FDO") to represent Defendant this matter. From the filing date of this order, the FDO **SHALL** have **30 days** to notify the Court whether it intends to file a supplement to Defendant's § 3582 motion, or, whether it does not intend to file a supplement. The Clerk of Court is **DIRECTED to add the FDO's Panel Administrator, Connie Garcia (Connie_Garcia@fd.org), to the service list** prior to docketing of this Order.

IT IS SO ORDERED.

Dated: __**May 25, 2017**__     _____/s/ Lawrence J. O'Neill_____
                                              UNITED STATES CHIEF DISTRICT JUDGE