PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:08-CR-00232 LJO |
|---|---|
| Plaintiff, | MOTION TO EXTEND TIME FOR GOVERNMENT'S OPPOSITION TO DEFENDANT'S 3582 MOTION |
| v. | |
| CURTIS HENDRIX, | |
| Defendant. | |

The United States, through Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney, moves for an Order extending the time for the government to file an opposition to the defendant's 3582 Motion from July 28, 2017 until August 11, 2017. Graciously, defense counsel alerted the government of its missed due date, and agreed to a requested extension of time to file a response. On June 24, 2017, undersigned counsel left for a vacation followed by an out of town business trip. She returned to the office on or about July 13, 2017. On June 28, 2017, the Court issued an Order directing the Government to file its opposition by July 28, 2017. Undersigned counsel took her paper calendar with her when she went on leave, but lost it somewhere along the way. Undersigned counsel attempted to reconstruct her calendar upon her return, but missed the July 28, 2017 deadline in doing so. Defense counsel has no

Stipulation                                        1

objection to an extension until August 11, 2017, and indicated she did not need an extension of her reply due date.

Dated: August 4, 2017

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: August 4, 2017

/s/ Lexi Negin
LEXI NEGIN
Attorney for Curtis Hendrix

It is Ordered that the Government may file its opposition on or before August 11, 2017, and that all other dates remain the same.

IT IS SO ORDERED.

Dated: **August 4, 2017**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE