JOHN MEYER
225629
16024 W. Brian Ave.
Kerman, CA 93630
Telephone:  (559) 385-1565

Attorney for Curtis Hendrix

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CURTIS HENDRIX<br><br>　　　　　　　　Defendants. | CASE NO.  1:08-CR-00232-LHR<br><br>STIPULATION REGARDING CONTINUANCE OF DUE DATE OF DEFENSE MOTION AND ORDER<br><br>COURT: Hon. Lee H. Rosenthal |

**STIPULATION**

1. By previous order, the Defense Motion to Modify Sentence was due on April 10, 2021.

　　a) By this stipulation, defense now moves to continue the due date until April 19th. The government due date would be May 19th, 2021, and defense response would be due June 3rd, 2021.  The defense requests, and the government has no objection that the Court find the following:

　　b) Defense counsel is still waiting for a letter from a potential employer for Mr. Hendrix.  Defense counsel thought he knew the details of the arrangement, but upon examination of the organization's website there are multiple ways for Mr. Hendrix to be employed by the organization.  The employer is not in the state currently, and a letter describing the employment situation is expected on Tuesday, April 13, 2021.

　　c) In order for defense counsel to accurately complete the motion, defense counsel moves that the court find good case to extend the defense's due date to the above-mentioned date.

      d)      Counsel for defendant believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation of the motion.

      e)      The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: April 10, 2021                          Phillip A. Talbert
                                                                    Acting United States Attorney

                                                                    /s/ Kimberly Sanchez
                                                                    Kimberly Sanchez
                                                                    Assistant United States Attorney

Dated: April 10, 2021                          /s/ JOHN MEYER
                                                                    John Meyer
                                                                    Counsel for Curtis Hendrix

**ORDER**

SIGNED on April 12, 2021, at Houston, Texas.

                                                                    Lee H. Rosenthal
                                                                Chief United States District Judge