1 PHILLIP A. TALBERT
Acting United States Attorney
2 KIMBERLY A. SANCHEZ
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:08-CR-00232-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| CURTIS HENDRIX, | |
| Defendant. | |

**STIPULATION**

1. Defendant Curtis Hendrix filed a motion for reduction in sentence and compassionate release. The parties stipulate and request the Court to order the following schedule:

    a. Government's opposition/response: June 2, 2021

    b. Defendant's reply: June 16, 2021

**[Remainder of page intentionally left blank.]**

IT IS SO STIPULATED.

                                                  PHILLIP A. TALBERT
                                                  Acting United States Attorney

Dated: May 19, 2021

                                                  */s/ Kimberly A. Sanchez*
                                                  KIMBERLY A. SANCHEZ
                                                  Assistant United States Attorney

Dated: May 19, 2021                                        /s/ *John Meyer*
                                                  JOHN MEYER
                                                  Counsel for Defendant Curtis Hendrix

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a. Government's opposition/response: June 2, 2021

    b. Defendant's reply: June 16, 2021

SIGNED on May 19, 2021, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge