| | |
|---|---|
| 1 | JOHN MEYER |
| | 225629 |
| 2 | 16024 W. Brian Ave. |
| | Kerman, CA 93630 |
| 3 | |
| 4 | Attorney for Defendant |
| | Curtis Hendrix |
| 5 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-CR-00232-LHR-SKO |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| CURTIS HENDRIX, | |
| Defendant. | |

**STIPULATION**

1. Defendant Curtis Hendrix filed a motion for reduction in sentence and compassionate release. The parties stipulate and request the Court to order the following schedule:

   a. Defendant's reply: June 30, 2021

**[Remainder of page intentionally left blank.]**

1       IT IS SO STIPULATED.

                                                PHILLIP A. TALBERT
                                                Acting United States Attorney

Dated: June 16, 2021

                                                */s/ Kimberly A. Sanchez*
                                                KIMBERLY A. SANCHEZ
                                                Assistant United States Attorney

Dated: June 16, 2021                                     /s/ *John Meyer*
                                                JOHN MEYER
                                                Counsel for Defendant Curtis Hendrix

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a.  Defendant's reply: June 30, 2021

SIGNED on June 23, 2021, at Houston, Texas.

                                                  Lee H. Rosenthal
                                  Chief United States District Judge